No. 65806.—Chicago Musical Instrument Co. *v.* United States, protests 60/27797–11470, 60/27803–11484, and 60/27823–11447 (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo sticks similar in all material respects to those the subject of *Rico Products Co. et al.* v. *United States* (44 Cust. Ct. 100, C.D. 2159), the claim of the plaintiff was sustained.

No. 65807.—Nysco International Corp. *v.* United States, protest 60/27178(A) (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 65808.—The Huffman Manufacturing Company *v.* United States, protests 315353–K, 59/27141, and 60/23988 (Portland, Oreg.).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.